DALE KLEINSER, Appellant, v MARK ASTARITA et al., Respondents.

Submitted August 13, 2012; decided October 23, 2012

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that no substantial constitutional question is directly involved.